FOURTH DISTRICT.

**E. W. McKinney, trading as Paducah Vinegar Works, appellee, v. Midwest Products Company, appellant.**

Action to recover damages for breach of contract of sale of personalty. Judgment for plaintiff. Appeal from the Circuit Court of Marion county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 25, 1920. *Certiorari* denied by Supreme Court (making opinion final).

E. B. Vandervort, Lawrence A. Olwell and L. B. Skipper, for appellant. Noleman & Smith and Robert E. Wright, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

**Monroe Brann, appellee, v. New Enterprise Coal Company, appellant.**

Action to recover damages to tractor engine. Judgment for plaintiff. Appeal from the Circuit Court of Williamson county; the Hon. Benjamin W. Pope, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 25, 1920.

Denison & Spiller, for appellant. Neely, Gallimore & Cook, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

**The People of the State of Illinois, appellee, v. Roscoe Stipp, appellant.**

Bastardy proceeding. Judgment of guilty. Appeal from the County Court of Marion county; the Hon. W. G. Wilson, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed March 25, 1920.

E. B. Vandervort, for appellant. S. N. Finn, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

**Josephine Merkle, appellee, v. Joseph Merkle, appellant.**

Suit for separate maintenance. Decree for complainant. Appeal from the City Court of Alton; the Hon. Levi D. Yager, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded with directions. Opinion filed March 25, 1920.

James E. Dunnegan, for appellant. Charles C. Ellison, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.